# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDIP SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, Secretary of Homeland Security, et al.,<br><br>        Defendants. | 1:09-cv-00986 AWI GSA<br><br>ORDER REGARDING JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT<br><br>(Doc. 10) |

    On August 10, 2009, the parties filed a Joint Stipulation Re: Extension Of Time For Answer to Complaint. (Doc. 10.) More particularly, the parties agree that a sixty-day extension of time within which Defendants may file an answer to Plaintiff's complaint is appropriate where the parties are seeking a resolution of this matter at an administrative level. Additionally, the parties seek to continue the Initial Scheduling Conference currently scheduled to commence on September 15, 2009, at 9:30 a.m.

//
//
//
//
//
//

In light of the foregoing, IT IS HEREBY ORDERED THAT:

1. Defendant shall file its answer to the complaint no later than October 13, 2009;
2. The Initial Scheduling Conference of September 15, 2009, at 9:30 a.m. is VACATED;
3. The Scheduling Conference is CONTINUED to **November 9, 2009**, at 9:30 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated:   **August 11, 2009**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE