LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDIP SINGH, | No. CV F 09 986 AWI GSA |
| Plaintiff, | JOINT STIPULATION RE: SECOND EXTENSION OF TIME FOR ANSWER |
| v. | TO COMPLAINT AND ORDER |
| JANET NAPOLITANO, SECRETARY OF HOMELAND SECURTY, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to one extension of time, until October 13, 2009. The parties respectfully inform the Court that they continue to endeavor to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to an additional 60-day extension of time for the government to file its answer to the complaint, until December 14, 2009. As well, the parties request that the scheduling conference, currently set for November 9, 2009, be reset to sometime after the new answer date.

Dated: October 8, 2009

                                                LAWRENCE G. BROWN
                                                United States Attorney

                            By:    /s/Audrey Hemesath
                                   Audrey B. Hemesath
                                   Assistant U.S. Attorney
                                   Attorneys for the Defendants

By:   /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to December 14, 2009, and The Initial Scheduling Conference set for November 9, 2009 at 9:30 am is VACATED. The Initial Scheduling Conference is reset to **January 7, 2010 at 10:00 am** in Courtroom 10.

IT IS SO ORDERED.

Dated:   **October 13, 2009**              /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE