BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDIP SINGH,  Plaintiff,  v.  Janet Napolitano, Secretary of Homeland Security, et al.,  Defendants. | No. CV F 09 986 AWI GSA  JOINT STIPULATION RE: THIRD EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |

   This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to two extensions of time, until December 14, 2009. The parties respectfully inform the Court that they continue to endeavor to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to an additional 60-day extension of time for the government to file its answer to the complaint, until February 1, 2010. As well, the parties request that the scheduling conference, currently set for January 7, 2010, be reset to sometime after the new answer date.

Dated: December 10, 2009

                                BENJAMIN B. WAGNER
                                United States Attorney


                    By:   /s/Audrey Hemesath
                          Audrey B. Hemesath
                          Assistant U.S. Attorney
                          Attorneys for the Defendants

-1-

1
2                  By:      /s/ James M. Makasian
                            James M. Makasian
3                             Attorney for the Plaintiffs
4
5
6                            <u>ORDER</u>

7    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

8  ORDERED that the time for the government to answer the complaint is extended to February 1,

9  2010, and the status conference is reset to March 1, 2010 at 10:00 a.m. in Courtroom 10.

10
11
12
13     IT IS SO ORDERED.

14    **Dated:  December 16, 2009**                /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28