BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDIP SINGH, | No. CV F 09 986 AWI GSA |
| Plaintiff, | JOINT STIPULATION RE: FOURTH EXTENSION OF TIME FOR ANSWER |
| v. | TO COMPLAINT AND ORDER |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to three extensions of time, until February 1, 2010. The parties respectfully inform the Court that the matter has now been reopened at the administrative level, and it is expected that the case will be readjudicated within one additional 60 day period. Accordingly, the parties stipulate to an additional 60-day extension of time for the government to file its answer to the complaint, until April 1, 2010. As well, the parties request that the scheduling conference, currently set for March 1, 2010, be reset to sometime after the new answer date.

Dated: February 1, 2010

BENJAMIN B. WAGNER
United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

By: /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiffs

## **ORDER**

Pursuant to the aforementioned stipulation, and for the reasons stated therein, **IT IS HEREBY ORDERED** that the time for the government to answer the complaint is extended to March 1, 2010. The scheduling conference currently set for March 1, 2010, is **VACATED** and **CONTINUED** to May 4, 2010, at 9:30 a.m. in Courtroom 10 of this Court.

The Court notes the complaint in this matter was filed on June 4, 2009. In light of the significant passage of time, further stipulations of this nature will be viewed with disfavor.

IT IS SO ORDERED.

Dated: **February 2, 2010**       /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE