1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDIP SINGH, | No. CV F 09 986 AWI GSA |
| Plaintiff, | JOINT STIPULATION RE: DISMISSAL AND ORDER |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The application is currently has now been adjudicated at the administrative level. Accordingly, the parties stipulate to dismissal of this action as moot.

Dated: March 24, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
    Audrey B. Hemesath
    Assistant U.S. Attorney
    Attorneys for the Defendants

By: /s/ James M. Makasian
    James M. Makasian
    Attorney for the Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

**Dated:   March 29, 2010**             /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE